■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FEDERICO GONZALEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered July 30, 1975, convicting him of criminal possession of a dangerous drug in the third degree, upon his plea of guilty, and imposing sentence. By order dated May 8, 1978, this court affirmed the judgment citing CPL 140.15 (subd 4) and CPL 120.80 (subd 5) *(People v Gonzalez,* 63 AD2d 686). Leave to appeal to the Court of Appeals was denied *(People v Gonzalez,* 45 NY2d 780). On April 21, 1980 the United States Supreme Court vacated the judgment and remanded the case to this court for further consideration in light of *Payton v New York* (445 US 573, revg *People v Payton,* 45 NY2d 300), decided subsequent to the affirmance by this court *(Gonzalez v New York,* 446 US 902). Judgment affirmed. (See *People v Gordon,* 80 AD2d 647.) Cohalan, J.P., Margett, O'Connor and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent; v JULIO GONZALEZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered April 17, 1980, convicting him of murder in the second degree (felony murder) and robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reducing the conviction of robbery in the first degree to one of attempted robbery in the first degree and vacating the sentence imposed thereon. As so modified, judgment affirmed, and case remitted to Criminal Term for resentencing on the reduced conviction. The evidence at trial, both direct and circumstantial, was insufficient to establish that property was actually taken from the deceased, a necessary prerequisite for a conviction of robbery in the first degree (Penal Law, § 160.15). Although this conviction thus cannot stand, the evidence presented did establish the crime of attempted robbery in the first degree. We have considered defendant's other contentions and find them to be without merit. Gibbons, J.P., Rabin, Gulotta and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE GORDON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered July 29, 1977, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence. By order dated February 5, 1979, this court affirmed the judgment, citing *People v Payton* (45 NY2d 300) and *People v Gordon* (67 AD2d 931). Leave to appeal to the Court of Appeals was denied *(People v Gordon,* 46 NY2d 1080). On April 21, 1980 the United States Supreme Court "vacated the judgment" and remanded the case to this court for further consideration in light of *Payton v New York* (445 US 573, revg *People v Payton,* 45 NY2d 300, supra), decided subsequent to the affirmance by this court *(Gordon v New York,* 446 US 903). Judgment affirmed. We reaffirm our previous determination that the rule announced in *Payton v New York (supra)* should not be applied retroactively *(People v Whitaker,* 79 AD2d 668; see *United States v Peltier,* 422 US 531; *Desist v United States,* 394 US 244; *Stovall v Denno,* 388 US 293; see, also, *People v Gonzalez* 80 AD2d 647). Accordingly, the judgment appealed from should be affirmed. Mollen, P.J., Damiani, Margett and Weinstein, JJ., concur.